185 So.2d 530

**STATE of Louisiana**

v.

**Eugene Howard WOODS.**

No. 48185.

May 5, 1966.

In re: Eugene Howard Woods applying for writs of certiorari, mandamus and prohibition.

Application refused. The showing made does not warrant the exercise of our supervisory jurisdiction.

185 So.2d 530

**STATE of Louisiana**

v.

**James COMEAUX.**

No. 48176.

May 5, 1966.

In re: James Comeaux applying for writs of certiorari, mandamus and prohibition.

The petition of the relator in the above entitled and numbered case having been duly considered,

It is ordered that a writ of certiorari issue herein, directing the Honorable J.

Bernard Cocke Judge of the twenty-fourth Judicial District Court for the Parish of Jefferson, to transmit to the Supreme Court of Louisiana, on or before the 7th day of October, 1966, the record in duplicate, or a certified copy of the record in duplicate, of the proceedings complained of by the relator herein, to the end that the validity of said proceedings may be ascertained.

It is further ordered that the aforesaid Judge of said Court and the respondent through its attorney shall show cause, in this court, on the date aforesaid, at 11 o'clock A.M., why the relief prayed for in the petition of the relator should not be granted.